# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 18, 2008

136576

CHARLES WRIGHT,
      Plaintiff-Appellant,

v

MONICA MARIE WRIGHT,
      Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 136576
COA: 281918
Washtenaw CC: 06-000800-DM

_____/

      On order of the Court, the application for leave to appeal the June 3, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 18, 2008

_____
Clerk

p0715